QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
  Arthur M. Roberts (Bar No. 275272)
  arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant International Business
Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CALLIE GREEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HEALTH NET, INC., HEALTH NET OF CALIFORNIA, INC., and INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　Defendants. | Case No.:  11-cv-1797-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND TRANSFERRING CASE TO EASTERN DISTRICT OF CALIFORNIA** |

　　　　Whereas, this case arises out of similar facts and involves largely the same parties as the following cases pending in the Eastern District of California: *Whitaker v. Health Net of California, Inc.*, No. 11cv910; *Assavarungnirum v.Health Net of California, Inc.*, No. 11cv1008; *Avila v. Health Net, Inc.*, No. 11cv1097; *Bournas v. Health Net, Inc.*, No. 11cv1262; *Bowman v. Health Net, Inc.*, No. 11cv1320;

Whereas, the parties in another related case in the Northern District, *Eandi v. Health Net, Inc.*, No. 11-cv-2002-JSW, have stipulated to transfer that case to the Eastern District;

Whereas, there were also three related cases filed in the Central District of California;

Whereas, on May 13, 2011, Judge Anderson of the Central District transferred one of those related cases to the Eastern District of California pursuant to 28 U.S.C. § 1404(a), *see Bowman v. Health Net, Inc.*, No. 11-cv-2345, Dkt. No. 28 (C.D. Cal. May 13, 2011) (order attached as Exhibit A) and filed an Order To Show Cause on May 13, 2011 as to why a second case should not be transferred to the Eastern District;

Whereas, the parties have already filed stipulations to transfer to the Eastern District the two remaining Central District cases, which are also before Judge Anderson;

Whereas, Judge Anderson found, and the parties do not here dispute, that the requirements for a transfer under 28 U.S.C. § 1404(a) are met: the Eastern District is convenient for the parties and witnesses; that district has easier access to evidence not available in electronic format; it has subject-matter jurisdiction and personal jurisdiction over the parties; venue is proper; and several other cases are pending there;

Whereas, it would be inefficient, expensive, and could lead to inconsistent results to have this case pending in a different District from the other cases addressing the same event;

Whereas, for the reasons described above and for the reasons discussed in the *Bowman* order, *see* Exhibit A, transfer of this case to the Eastern District of California is appropriate under 28 U.S.C. § 1404(a).

Therefore, the parties hereby stipulate as follows:

1.    The deadline for Defendants to respond to the complaint shall be extended to June 17, 2011;

2.    This case shall be transferred to the Eastern District of California under 28 U.S.C. § 1404(a) for the convenience of parties and witnesses and in the interests of justice.

DATED: May 24, 2011                    QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By /s/ Karin Kramer[1]
                                          Karin Kramer
                                          Attorneys for Defendant International Business
                                          Machines Corporation

DATED: May 24, 2011                    SCHNEIDER WALLACE COTTRELL BRAYTON
                                       KONECKY LLP


                                       By  /s/ Todd M. Schneider
                                          Todd M. Schneider
                                          Attorneys for Plaintiff Callie Green


DATED: May 24, 2011                    CROWELL & MORING LLP


                                       By /s/ Ethan P. Schulman
                                          Ethan P. Schulman
                                          Attorneys for Defendants Health Net of
                                          California, Inc. and Health Net, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  __May 25_____ ___, 2011


                                       _____
                                       Hon. Jeffrey S. White

_____

[1]  I attest that I have obtained approval to file this document on behalf of the other signatories.